■ In the Matter of ALUMNI ASSOCIATION OF THE COLGATE CHAPTER THE BETA THETA, OF BETA THETA PI, Respondent-Appellant, v BOARD OF ASSESSORS OF THE TOWN OF HAMILTON, Appellant-Respondent.—Cross appeals from a judgment of the Supreme Court at Special Term, entered August 2, 1978 in Madison County, which determined the assessment of certain real property. Judgment affirmed, without costs, on the opinion of Mr. Justice Zeller at Special Term. Sweeney, J. P., Staley, Jr., Main, Mikoll and Herlihy, JJ., concur.